# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

IN RE: Paul Waylon Thompson (ONLY)     CASE NO: 09-32569
       Angela Denise Thompson            CHAPTER 13

## NOTICE OF ADDRESS CHANGE

**NOTICE IS HEREBY GIVEN** that, in reference to the above-captioned debtor, the address for the above debtor has changed from the original address provided on the original voluntary petition. The new address is as follows:

**Old:** Paul Waylon Thompson (ONLY)
222 Arcadia Drive
Grass Valley, CA 95945

**New**: Paul Waylon Thompson (ONLY)
11323 Michael Way
Grass Valley, CA 95949

July 8, 2014

/s/ Sam O. Henry, IV
Sam O. Henry, IV
Attorney for Debtor(s)